

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-317-CV

LORETTA MAY GIBSON AND IRVING HOLDINGS, INC.     APPELLANTS

V.

GAYLA STULTS, INDIVIDUALLY AND AS     APPELLEES
REPRESENTATIVE OF THE ESTATE OF LOYD
TIMOTHY STULTS, DECEASED, SEASON
TIFFANY STULTS WARE, LANE TIMOTHY STULTS,
AND MATTIE JEAN STULTS HALL; AND
ERNESTINE SANDOVAL SOLES, RICKY SOTO,
MARY SOTO, SUZANNE SESSUMS,
AND JOSIE SOTO-CASTILLO, ALL HEIRS AND
BENEFICIARIES OF THE ESTATE OF MARY
ALEMAN, DECEASED

----------

### FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss." It is the court's

opinion that the motion should be granted; therefore, we dismiss the appeal.

*See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]  *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  January 22, 2009